WILLIAM J. FLYNN, Bar No. 95371
SCOTT M. DE NARDO, Bar No. 216749
NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
TEL: (415) 677-9440
FAX: (415) 677-9445

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and LARRY BLEVINS, as Trustee of the above TRUSTS, Plaintiffs, v. PLUS ONE SAFETY PRODUCTS, Inc.; BRIAN JAMES; and MARK SHEPHARD, Defendants. | CASE NO.: C-04 0714 JSW [proposed] ORDER FOR SERVICE BY PUBLICATION Date: _____ Time: _____ Judge: Hon. Jeffrey S. White Courtroom: 2, 17th floor |

[proposed] ORDER FOR SERVICE BY PUBLICATION          PAGE -1-
Case No. C-04 0714 JSW

~~This matter came on regularly for hearing on _____. Plaintiffs were represented by Mr. Scott M. DeNardo~~. Having considered the Motion, the Points and Authorities, the submitted Declarations, the arguments of counsel and the entire file in this matter, and GOOD CAUSE APPEARING,

IT IS ORDERED that Plaintiffs U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and LARRY BLEVINS, as Trustee of the above TRUSTS (hereinafter the "Trusts" or "Funds") be permitted to effect service of summons against Defendant MARK SHEPHARD by manner of service by publication, pursuant to Federal Rule of Civil Procedure 4(e)(1) and California Code of Civil Procedure § 415.50 by publication of notice in the San Ramon Valley Times, the newspaper most likely to give actual notice to Defendant MARK SHEPHARD; further, the service by publication effectuated by Plaintiffs in the San Ramon Valley Times on May 1, 8, 15, 22, 2005 is deemed sufficient service of summons, and Plaintiffs have served Defendant MARK SHEPHARD.

IT IS SO ORDERED.

Dated: July 14, 2005

/s/ Jeffrey S. White
JUDGE OF THE ~~SUPERIOR~~ COURT
District

[proposed] ORDER FOR SERVICE BY PUBLICATION    PAGE -2-
Case No. C-04 0714 JSW