IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U A LOCAL 342 JOINT LABOR-
MANAGEMENT COMMITTEE, et al.

    Plaintiffs,

  v.

PLUS ONE SAFETY PRODUCTS, INC.;
BRIAN JAMES; MARK SHEPARD,

    Defendants.
_____/

No. C 04-714 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE IN LIGHT OF DEFAULT**

On June 22, 2004, the Clerk entered default against defendants Plus One Safety Products, Inc., Brian James, and Mark Shepard; accordingly, the Initial Case Management Conference set for June 25, 2004 IS HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: June 22, 2004

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE