WILLIAM J. FLYNN, State Bar No. 095371
SCOTT M. De NARDO, State Bar No. 216749
NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
TEL: (415) 677-9440
FAX: (415) 677-9445
Email: sdenardo@neyhartlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR MANAGEMENT COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PLUS ONE SAFETY PRODUCTS, INC.; BRIAN JAMES; and MARK SHEPHARD,<br><br>Defendants. | No. C-04-0714 JSW<br><br>[~~proposed~~] ORDER RESETTING THE DATE OF THE CASE MANAGEMENT CONFERENCE<br><br>[FRCP 6(b)] |

Plaintiffs' Ex Parte Motion to Reset The Date of the Case Management Conference was reviewed by the Hon. Jeffery S. White. The Court having read and considered the written documents and any Court requested oral arguments of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted and that the Case Management Conference previously set for ~~hearing on~~ August 5, 2005 at 1:30 p.m. is reset for September 23, ~~hearing on September 16,~~ 2005 at 1:30 p.m. If Plaintiffs file a Motion for Default Judgment before September 16, 2005, the Case Management Conference will be ~~continued to the same~~ VACATED and willl be reset at a later date if necessary.

[~~proposed~~] ORDER RESETTING CMC (FRCP 6(B))
Case No. C-04-0714 JSW

1 ~~date as the hearing on the Motion for Default Judgment.~~

2    IT IS SO ORDERED.

3

4 Dated: August 3, 2005             *Jeffrey S. White*

5                                          U.S. DISTRICT COURT JUDGE

NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

H:\WP_WINDOWS\PLEADINGS BANK\[proposed]_Order_Ex_parte_Motion_Reschdule_70342.233.wpd

[proposed] ORDER RESETTING CMC (FRCP 6(B))
Case No. C-04-0714 JSW