**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al., | |
| Plaintiffs, | No. C 04-00714 JSW |
| v. | |
| PLUS ONE SAFETY PRODUCTS, INC., et al., | **ORDER REFERRING MOTION TO MAGISTRATE JUDGE** |
| Defendants. | |

The hearing date noticed for January 7, 2005 is HEREBY VACATED. Pursuant to Local Rule 72-1, the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation regarding the Plaintiffs' motion for default judgment filed on November 15, 2004.

**IT IS SO ORDERED.**

Dated: November 17, 2004               /s/ Jeffrey S. White
                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

cc: Wings Hom