IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PLUS ONE SAFETY PRODUCTS, INC., et al.,<br><br>Defendants. | No. C 04-00714 JSW<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, Plaintiffs' motion for default judgment against Defendants in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for November 4, 2005 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: September 20, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom